

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 10/01/2021

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:     iFly Holdings,LLC v. Zurich American Insurance Company
USDC Case Number:  1:21cv5111
Circuit Court Case Number:     2021L009320

Dear Clerk:

A certified copy of an order entered on 9/30/2021 by the Honorable Ronald A. Guzman, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By: /s/ B. Gudausky
>      Deputy Clerk

Enclosure(s)

Rev. 10/05/2016